

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

AUG 0 5 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

| | |
|---|---|
| ROBERT MULLINS | PLAINTIFFS |
| vs. | Docket No. 03-2621 Ma P |
| ZAHRA UMLANI, BENCHMARK REALTORS, LLC., AND FICTIOUSLY NAMED DEFENDANTS | DEFENDANTS |
| and | |
| JIMMY CLEMMER | PLAINTIFFS |
| vs. | Docket No. 03-2622 Ma P |
| ZAHRA UMLANI, BENCHMARK RELATORS, LLC., AND FICTIOUSLY NAMED DEFENDANTS | DEFENDANTS |

### CONSENT ORDER OF DISMISSAL

COME NOW the parties, as evidenced by the signatures of: Duncan Lee Lott, Attorney for Plaintiffs, Robert Mullins and Jimmy Clemmer; William M. Jeter, Attorney for Benchmark Realtors, LLC; and James F. Kyle, Attorney for Defendant, Zahra Umlani; and would state to this Honorable Court that all parties desire this matter to be dismissed with prejudice.

PREMISES CONSIDERED, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this matter is dismissed with prejudice as to all Defendants.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-9-05

68

APPROVED BY:

*[signature]*
DUNCAN LEE LOTT
JILL M. MADAJCZYK
Attorneys for Plaintiffs
Mullins and Clemmer

*[signature]*
JAMES F. KYLE (#6314)
VICTORIA S. ROWE (#21673)
Attorneys for Defendant
Zahra Umlani

*[signature]*
WILLIAM M. JETER
Attorney for Defendant
Benchmark Realtors, LLC

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 68 in case 2:03-CV-02621 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Victoria Smith Rowe
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Jill M. Madajczyk
WOLFF ARDIS
5810 Shelby Oaks Dr.
Memphis, TN 38134

Duncan Lott
LAW OFFICES OF DUNCAN LOTT
305 W. College St.
Booneville, MS 38829

James F. Kyle
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Michael D. Herrin
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT