UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 AUG 19 AM 6:52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ROBERT MULLINS,

    Plaintiff,

v.                                          Cv. No. 03-2621-Ma

ZAHRA UMLANI, BENCHMARK REALTORS,
LLC., and FICTITIOUSLY NAMED
DEFENDANTS,

    Defendants.

## JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice, in accordance with the Consent Order of Dismissal, docketed August 9, 2005.

APPROVED: _____

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

August 18, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

_____Earline Grayer_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-23-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 2:03-CV-02621 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Michael D. Herrin
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Victoria Smith Rowe
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

James F. Kyle
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Jill M. Madajczyk
WOLFF ARDIS
5810 Shelby Oaks Dr.
Memphis, TN 38134

Duncan Lott
LAW OFFICES OF DUNCAN LOTT
305 W. College St.
Booneville, MS 38829

Honorable Samuel Mays
US DISTRICT COURT